IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARSON INDUSTRIES, INC., a Pennsylvania Corporation; and REWINEDesigns, LLC, a Virginia limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC. (d/b/a Wal-Mart and d/b/a Walmart.com), a corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:14-cv-00567-DSC<br><br>JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

AND NOW, this 27th day of October, 2014, it is stipulated by and between Frederick H. Tolhurst and Cohen & Grigsby, P.C., attorneys for Plaintiffs Carson Industries, Inc. and REWINEDesigns, LLC and Stefan Mentzer of White & Case LLP, attorneys for Defendant Wal-Mart Stores, Inc. and based upon and pursuant to the Settlement Agreement and Mutual Release between and among Carson Industries, Inc., REWINEDesigns, LLC and Wal-Mart Stores, Inc. effective as of the date of entry of the Court's Order of Dismissal, that this action is hereby dismissed with prejudice with each party bearing its own court costs.

FOR PLAINTIFFS
CARSON INDUSTRIES, INC. and
REWINEDesigns, LLC

/s/ *Frederick L. Tolhurst*
Frederick H. Tolhurst
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
(412) 297-4900

FOR DEFENDANT
WAL-MART STORES, INC.

/s/ *Stefan Mentzer*
Stefan Mentzer
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Tel: (212) 819-8200

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October 2014, the foregoing STIPULATION FOR DISMISSAL was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system, and the parties may access this filing through the Court's system.

/s/ Frederick L. Tolhurst