IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARSON INDUSTRIES, INC., a Pennsylvania Corporation; and REWINEDesigns, LLC, a Virginia limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC. (d/b/a Wal-Mart and d/b/a Walmart.com), a corporation, <br><br> Defendant. | Civil Action No. 2:14-cv-00567-DSC <br><br> JURY TRIAL DEMANDED |

## ORDER OF COURT

AND NOW, to-wit, this 3rd day of ~~October~~ November, 2014, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. the claims asserted between Plaintiffs Carson Industries, Inc. and REWINEDesigns, LLC and Defendant Wal-Mart Stores, Inc. are dismissed with prejudice; and

2. this Court retains jurisdiction for purposes of enforcement of such Agreement.

_____
United States District Judge